DAVID MIRVISH, Appellant, v HANNO D. MOTT, Individually and as Executor of YULLA H. LIPCHITZ, Deceased, et al., Respondents.

Submitted March 26, 2012; decided June 5, 2012

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 18 NY3d 510 (2012)].